UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANK OF HOPE,

                Plaintiff,

-against-

STARR SURPLUS LINES INSURANCE COMPANY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2025

24-cv-1854 (MKV)

ORDER ADJOURNING CONFERENCE
AND SCHEDULING JURY TRIAL

MARY KAY VYSKOCIL, United States District Judge:

    The Court has carefully reviewed the parties' joint letter dated May 1, 2025 [ECF No. 46 ("JL")]. IT IS HEREBY ORDERED that the Post Discovery Conference that was previously scheduled to take place on May 8, 2025 is ADJOURNED *sine die*.

    Plaintiff is correct that "the time for filing [summary judgment] motions has passed." JL at 2. Defendant has clearly forfeited the opportunity to file a motion for summary judgment by failing to file pre-motion submission by the court-ordered deadline to do so. The Court set a firm deadline of February 21, 2025 to file pre-motion submission for summary judgment motions [ECF No. 45]. The Court expressly warned, in capital letters, that this deadline would not be extended "ABSENT TRULY EXTRAORDINARY AND UNFORESEEABLE CIRCUMSTANCES," and Defendant has not attempted to identify any such circumstances.

    Accordingly, since today is the deadline to complete all discovery, and the Court will not entertain an untimely request to move for summary judgment, IT IS FURTHER ORDERED that the jury trial will begin on **October 21, 2025**. The Court will allot three days for the trial, and the parties must plan accordingly. The parties must file a proposed Joint Pretrial Order, any motions *in limine*, and all other Required Pretrial Filings in accordance with the Court's Individual Rules

1

of Practice in Civil Cases by **September 15, 2025**.  The parties shall appear for a Final Pretrial Conference on **October 15, 2025** at 12:00 p.m.

**The parties remain on notice that failure to comply with court orders, the Court's Individual Rules, the Federal Rules of Civil Procedure, and the Local Rules may result in sanctions, including: monetary sanctions on counsel and/or the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal for failure to prosecute and default judgment.**

SO ORDERED.

Date:  May 5, 2025  
       New York, NY

                                       **MARY KAY VYSKOCIL**  
                                       **United States District Judge**