UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___10/16/2025___
```

| BANK OF HOPE, | |
|---|---|
| | Plaintiff, |
| | -against- |
| STARR SURPLUS LINES INSURANCE COMPANY, | |
| | Defendant. |

24-cv-1854 (MKV)

ORDER REGARDING TRIAL ISSUES

MARY KAY VYSKOCIL, United States District Judge:

On October 15, 2025, the Court held a pre-trial conference in this matter. For the reasons discussed at the conference, IT IS HEREBY ORDERED that the jury trial that was previously scheduled to begin on October 21, 2025, is ADJOURNED *sine die*.

IT IS FURTHER ORDERED that by October 22, 2025, the parties shall file a joint status report on whether there is an agreement as to the amount of any contract damages (*i.e.*, the calculation of the Actual Cash Value under the Policy), or how to resolve the amount of such damages, and, if there is no agreement, whether the parties agree to a bifurcation of the trial into a liability phase and a damages phase.

IT IS FURTHER ORDERED that by October 22, 2025, the parties each shall file a letter, not to exceed three pages, regarding Plaintiff's claim for breach of the implied covenant of good faith and fair dealing. Specifically, the parties should set forth their positions regarding whether New York law recognizes such a claim, the elements, what damages are recoverable, and what issues are for the Court versus the jury.

The parties are on notice that further failure to comply with court orders, the Court's Individual Rules, the Federal Rules of Civil Procedure, and the Local Rules may result in sanctions, including: monetary sanctions on counsel and/or the parties; preclusion of claims, defenses,

evidence, and motion practice; and the case-terminating sanctions of dismissal for failure to prosecute and default judgment.

**SO ORDERED.**

**Date:   October 16, 2025**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**